UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles F Carrell,

    Plaintiff,

    v.                                               Case No.  1:05cv269

Terry Industries, et al.,                    Judge Michael H. Watson

    Defendants.

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed March 13, 2006 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**  Plaintiff's Complaint is dismissed with prejudice for failure to prosecute.  This action is closed, an appear would not be taken in good faith for purposes of granting Plaintiff leave to appeal *in forma pauperis.*

**IT IS SO ORDERED.**

                                                      /s/ Michael H. Watson
                                                      Michael H. Watson, Judge
                                                      United States District Court